UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTA KEETON ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No. 3-06-0431 |
| ] | JUDGE HAYNES |
| ] | |
| THE METROPOLITAN GOVERNMENT ] | |
| OF NASHVILLE AND DAVIDSON ] | |
| COUNTY, TENNESSEE, et al. ] | |
| ] | |
| Defendants. ] | |

O R D E R

In accordance with the Memorandum filed herewith, Dylan Kinney's motion for summary judgment (Docket Entry No. 112) and the motion of Terrence Graves, Robert Durbin, David Hacker and Metro for summary judgment (Docket Entry No. 121) are **GRANTED**. Michael Gilliland's, Brian Gregory's, Ryan Lockwood's, Bob Doak's, and Jason Rader's motion for summary judgment (Docket Entry No. 102) is **GRANTED** except for Plaintiff's excessive force claim against the Defendants Gilliland and Rader involving the use of the taser.

It is so **ORDERED**.

ENTERED this the 6th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge